**GRUDEM BROTHERS CO., Appellant**

v.

**ELECTRONIC & MISSILE FACIL-ITIES, INC.**

No. 17333.

United States Court of Appeals
Eighth Circuit.

June 19, 1963.

Donald R. Bundlie and Franklin J. Wallahan, Minneapolis, Minn., for appellant.

B. Warren Hart and A. Patrick Leighton, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from order of District Court of January 3, 1963, as to Count 1 of Amended complaint dismissed for lack of jurisdiction.

**John J. SPRIGGS, Sr., Appellant,**

v.

**PIONEER CARISSA GOLD MINES, INC., a corporation, et al.,**
Appellees.

No. 7274.

United States Court of Appeals
Tenth Circuit.

June 24, 1963.

John J. Spriggs, Sr., pro se.

Carleton Lathrop, Cheyenne, Wyo. (Bard Ferrall of Ferrall, Bloomfield, Osborn & Lynch, Cheyenne, Wyo., was with him on the brief), for appellees.

Before MURRAH, Chief Judge, and BRATTON and HILL, Circuit Judges.

PER CURIAM.

This is an appeal from an order of the trial court dismissing the complaint on the grounds that the issues presented have been conclusively adjudicated in prior litigation in the federal and state courts of Wyoming. See: Spriggs v. Pioneer Carissa Gold Mines, Inc., et al., 10 Cir., 251 F.2d 61, and cases cited; and Tibbals et al. v. Mica Mountain Mines, Inc., et al., 10 Cir., 172 F.2d 449.

Upon consideration of the record and statement of counsel, the order of the United States District Court for the District of Wyoming is affirmed on the authority and for the reasons stated in the above entitled cases.

**UNITED STATES of America**

v.

**WILSON CHEMICAL COMPANY, Inc.,**
Appellant.

No. 14266.

United States Court of Appeals
Third Circuit.

Argued June 11, 1963.

Decided June 18, 1963.

Alphonsus R. Romeika, Philadelphia, Pa. (Romeika, Hedner, Fish & Scheckter, Philadelphia, Pa., Robert W. Baldrige, Pittsburgh, Pa., on the brief), for appellant.

Arthur J. Murphy, Jr., Dept. of Justice, Washington, D. C. (Lee Loevinger, Asst. Atty. Gen., Lionel Kestenbaum, Attys., Dept. of Justice, Frank M. Whiting, Atty., Federal Trade Commission, Washington, D. C., on the brief), for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court will be affirmed for the reasons so well stated by Judge Willson in his Opinion.